[No. 1825-2.    Division Two.    January 11, 1977.]

CARL T. MADSEN, INC., *Appellant*, v. EDITH ELIZABETH ANDERSEN, *as Executrix, Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 221330, James V. Ramsdell, J., entered February 28, 1975. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Reed, J., and Johnson, J. Pro Tem.

[No. 2318-2.    Division Two.    January 11, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY C. HIGH, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 56411, Jay W. Hamilton, J., entered August 3, 1971. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.

[No. 1989-2.    Division Two.    January 12, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. B. J. McHENRY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 45922, Thomas A. Swayze, Jr., J., entered June 27, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 2048-2.    Division Two.    January 12, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD SNOOK, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Mason County, No. C-296, Gerry L. Alexander, J., entered December 5, 1974. *Affirmed* by unpublished per curiam opinion.